IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.     4:08CR00094-02-WRW

ANSLEMO NAVA

## ORDER

Pending before the Court is the Government's Motion to Dismiss Without Prejudice (doc #37) the Indictment against separate defendant, Anslemo Nava. The Motion is GRANTED, and the Indictment is dismissed as to the defendant, Anslemo Nava. The defendant, who is in federal custody, can be released by this Order providing there are no other holds on him.

IT IS SO ORDERED this 23rd day of January, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd